UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NGUYEN VO, INC., | § |
| Plaintiff, | § § § |
| VS. | §  CIVIL ACTION NO. 4:21-CV-01475 |
| CENTURY SURETY COMPANY, *et al.*, | § § § |
| Defendants. | § |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been informed by notice that all claims pending in this lawsuit have been settled. The case is therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of the claims if any party represents to the Court, within sixty (60) days of this Order, that the settlement could not be completely documented. The claims will be **DISMISSED WITH PREJUDICE** sixty (60) days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 19th day of October, 2021.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE